IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ARIELLA LALLOUZ<br>(f/k/a ARIELLA FAINGOLD),<br><br>Petitioner,<br><br>v.<br><br>BARUCH FAINGOLD<br>(a/k/a CHARLES FAINGOLD),<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) No.: 19-cv-03053<br>)<br>)<br>)<br>)<br>) |

EXHIBIT "A"

AFFIDAVIT OF ATTORNEY'S FEES

I, Daniel E. Kepner (hereinafter "Affiant"), hereby swear and do depose under penalty of perjury that I am an adult without disability and hereby testify to the following:

1. Affiant is an attorney at law in good standing in the State of Illinois, and has been practicing law continuously since October 1982.

2. I am familiar with the fees charged by attorneys in the Sangamon County area.

3. My hourly rate for services rendered as Guardian Ad Litem in this matter was $225.00 as reflected on the attached statement for services rendered.

4. Based upon my knowledge of the reasonable and customary fees of attorneys in the Sangamon County area at the time of my appointment as Guardian Ad Litem in this matter, the hourly rate of $225.00 was reasonable and customary in Sangamon County.

5. Total Time:    20.85 hours at $225.00 per hour.

6. Total Fees:    $4,691.25

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes same to be true.

Respectfully submitted,

/s/Daniel E. Kepner
Daniel E. Kepner, Guardian Ad Litem

Daniel E. Kepner, No. 6182842
Kepner and Reiser
1028 South Grand Avenue West
Springfield, IL 62704
(217)546-0218

# Kepner and Reiser

**1028 South Grand Avenue West**
**Springfield, IL 62704**
**FEIN 37-0693947**

**(217)546-0218**

**Invoice submitted to:**

Ariella Lallouz         Charles Faingold

September 30, 2019

In Reference To: Lallouz v. Faingold - GAL

Invoice #17297

Professional Services

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2019 | DEK | Call court; call petitioner's attorney; call respondent's attorney | | 0.75<br>225.00/hr | 168.75 |
| 3/12/2019 | DEK | Review Hague Convention; begin review of case law provided by attorney for petitioner; review article | | 1.00<br>225.00/hr | 225.00 |
| 3/13/2019 | DEK | Finish reviewing cases provided by petitioner's attorney; begin work on questions for Mom; rough draft letter to attorneys confirming my role; review translated judgment from petitioner's attorney; e-mail parties to set up conversation; phone call with Dad | | 1.50<br>225.00/hr | 337.50 |
| 3/14/2019 | DEK | E-mail Attorney Feldman | | 0.10<br>225.00/hr | 22.50 |
| 3/14/2019 | DEK | Receipt and review of information from respondent's attorney re: exception and legislative history; respond to e-mail | | 0.20<br>225.00/hr | 45.00 |
| 3/14/2019 | DEK | Text with Mom re: phone call and payment | | 0.10<br>225.00/hr | 22.50 |

Case No. 19-CV-03053

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/19/2019 | DEK | Conference with Dad; e-mail questions to attorneys; receipt and review of Answer and Affirmative Defenses | 1.25 225.00/hr | 281.25 |
| 3/21/2019 | DEK | Call Dad re: meeting son | 0.10 225.00/hr | 22.50 |
| 3/21/2019 | DEK | Receipt and review of e-mail with answer to question | 0.20 225.00/hr | 45.00 |
| 3/26/2019 | DEK | Telephone conference with Mom and attorney | 1.50 225.00/hr | 337.50 |
| 3/26/2019 | DEK | Call Howard Feldman | 0.20 225.00/hr | 45.00 |
| 3/28/2019 | DEK | Conference with client, principal, nurse; call attorney re: need to get release for counselor | 1.25 225.00/hr | 281.25 |
| 3/28/2019 | DEK | Call attorney for Mom, discuss status and settlement | 0.60 225.00/hr | 135.00 |
| 4/1/2019 | DEK | Receipt and review of court docket entry re: continuance and GAL Report due date | 0.10 225.00/hr | 22.50 |
| 4/9/2019 | DEK | E-mail Attorney Feldman re: counselor; call Attorney Sharma re: settlement and counseling | 0.30 225.00/hr | 67.50 |
| 4/12/2019 | DEK | Begin work on Guardian Ad Litem Report | 0.50 225.00/hr | 112.50 |
| 4/12/2019 | DEK | Call attorney for Mom; call attorney for Dad | 0.25 225.00/hr | 56.25 |
| 4/12/2019 | DEK | Prepare Motion for Extension | 0.25 225.00/hr | 56.25 |
| 4/17/2019 | DEK | Call counselor; memo to file | 0.60 225.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2019 | DEK | Call Attorney Feldman re: settlement | 0.20<br>225.00/hr | 45.00 |
| 4/24/2019 | DEK | Work on Guardian Ad Litem Report | 0.20<br>225.00/hr | 45.00 |
| 4/24/2019 | DEK | Receipt and review of e-mail from Dad's attorney | 0.60<br>225.00/hr | 135.00 |
| 4/24/2019 | DEK | Call Dad's attorney | 0.20<br>225.00/hr | 45.00 |
| 4/25/2019 | DEK | Receipt and review of two e-mails from Attorney Feldman with information re: military issue | 0.25<br>225.00/hr | 56.25 |
| 4/30/2019 | DEK | Call wife's attorney re: settlement | 0.25<br>225.00/hr | 56.25 |
| 5/1/2019 | DEK | Receipt and review of Motion to Remove | 0.10<br>225.00/hr | 22.50 |
| 5/1/2019 | DEK | Call Attorney Feldman | 0.20<br>225.00/hr | 45.00 |
| 5/2/2019 | DEK | Review proposed settlement; e-mail Attorney Feldman | 0.25<br>225.00/hr | 56.25 |
| 5/7/2019 | DEK | Work on GAL Report; call Dad; call Mom's attorney | 0.75<br>225.00/hr | 168.75 |
| 5/9/2019 | DEK | Office conference with client; memo to file | 1.00<br>225.00/hr | 225.00 |
| 5/13/2019 | DEK | Work on GAL Report | 0.50<br>225.00/hr | 112.50 |
| 5/20/2019 | DEK | Call Howard Faingold re: settlement | 0.25<br>225.00/hr | 56.25 |

| Ariella Lallouz | | Charles Faingold | Page 4 | |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2019 | DEK | Receipt and review of Brief and letter | 0.25 / 225.00/hr | 56.25 |
| 5/22/2019 | DEK | Receipt and review of settlement offer from Attorney Feldman | 0.10 / 225.00/hr | 22.50 |
| 5/23/2019 | DEK | Receipt and review of Petition for Pretrial | 0.10 / 225.00/hr | 22.50 |
| 5/24/2019 | DEK | Call Attorney Feldman; receipt and review of pretrial pleadings | 0.20 / 225.00/hr | 45.00 |
| 5/31/2019 | DEK | Call Mom's attorney re: pretrial | 0.10 / 225.00/hr | 22.50 |
| 6/5/2019 | DEK | Review notes, review Israeli attorney's opinion; attend pretrial | 2.50 / 225.00/hr | 562.50 |
| 6/27/2019 | DEK | Receipt and review of proposed Order | 0.20 / 225.00/hr | 45.00 |
| 7/10/2019 | DEK | Call Molly | 0.20 / 225.00/hr | 45.00 |
| 7/11/2019 | DEK | Call Attorney Feldman; call Attorney Sharma | 0.25 / 225.00/hr | 56.25 |
| 7/17/2019 | DEK | Call Howard; receipt and review of e-mail | 0.25 / 225.00/hr | 56.25 |
| 7/19/2019 | DEK | E-mails with Attorney Feldman; read Israeli attorney's opinion | 0.30 / 225.00/hr | 67.50 |
| 7/29/2019 | DEK | Call Howard Feldman | 0.10 / 225.00/hr | 22.50 |
| 7/30/2019 | DEK | Receipt and review of e-mail; letter to Attorney Feldman | 0.20 / 225.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Ariella Lallouz | Charles Faingold | | | Page 5 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/31/2019 | DEK | Call Attorney Feldman | 0.10<br>225.00/hr | 22.50 |
| 8/1/2019 | DEK | Call Attorney Feldman; call Mom | 0.25<br>225.00/hr | 56.25 |
| 8/5/2019 | DEK | Receipt and review of signed agreements and signed Order | 0.25<br>225.00/hr | 56.25 |
| | | For professional services rendered | 20.85 | $4,691.25 |

Client Trust Fund Transactions

| | | |
|---|---|---|
| | Previous balance of Trust Account | $0.00 |
| 3/29/2019 | Deposit to Trust Account (Charles Faingold) | $1,000.00 |
| | New balance of Trust Account | $1,000.00 |

| | |
|---|---|
| Balance due | $4,691.25 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Molshree A. Sharma
Reuben A. Bernick
Boyle Feinburg Sharma
30 North LaSalle, Suite 3440
Chicago, IL 60602
molly@bfsfamlaw.com
reuben@bfsfamlaw.com

Stanley N. Wasser
Howard W. Feldman
FeldmanWasser
1307 South 7th Street
P.O. Box 2418
Springfield, IL 62705-2418
swasser@feldman-wasser.com
hfeldman@feldman-wasser.com

/s/Daniel E. Kepner
Daniel E. Kepner
kepnerandreiser@sbcglobal.net