E-FILED
Friday, 11 October, 2019  03:29:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ARIELLA LALLOUZ (f/k/a ARIELLA FAINGOLD),<br><br>  Petitioner,<br><br>  v.<br><br>BARUCH FAINGOLD (a/k/a CHARLES FAINGOLD),<br><br>  Respondent. | No.: 19-cv-03053 |

### RESPONDENT'S RESPONSE TO GUARDIAN *AD LITEM*'S MOTION FOR ATTORNEY FEES AND FOR TERMINATION OF APPOINTMENT

Respondent Baruch Faingold, a/k/a Charles Faingold, by his attorneys Howard W. Feldman and Stanley N. Wasser of FeldmanWasser, and for his Respondent to Guardian *ad Litem*'s Motion for Attorney Fees and for Termination of Appointment, states as follows:

1. Respondent has no objections to the time or rate of the Guardian *ad Litem*.

2. Respondent believes that the fees of the Guardian *ad Litem* should be equally divided by the parties.

3. Respondent has made payment of $1,000 towards the Guardian *ad Litem*'s fees and Respondent should be given credit for said payment toward his portion of the fees to be paid.

4. Respondent has no objection to the Guardian *ad Litem*'s appointment being terminated.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **3**

WHEREFORE, Respondent prays as follows:

A. That the Court approve the Motion for Attorney Fees and Termination of Appointment filed by the Guardian *ad Litem*.

B. That the Court equally divide the obligation for payment of said fees between the parties.

C. That the Court give Respondent credit for the $1,000.00 he has already paid towards the Guardian *ad Litem*'s fees.

                BARCUH FAINGOLD
                (a/k/a CHARLES FAINGOLD), Respondent

BY:   /s/Howard W. Feldman
        Howard W. Feldman
        FeldmanWasser
        1307 South Seventh Street
        Springfield, IL 62703
        Telephone: 217-544-3403
        hfeldman@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **3**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Molshree A. Sharma
      Boyle Feinburg Sharma
      2 North LaSalle
      Suite 1600
      Chicago, IL 60602
      molly@bfsfamlaw.com

      Daniel E. Kepner
      Kepner & Reiser
      1028 South Grand Avenue West
      Springfield, IL 62704
      kepnerandreiser@sbcglobal.net

and I hereby certify that I have mailed by United States Postal Service and emailed the document to the following non-CM/ECF participants:

      None

                    /s/Stanley N. Wasser
                    Stanley N. Wasser
                    FeldmanWasser
                    1307 South Seventh Street
                    Springfield, IL 62703
                    Telephone: 217-544-3403
                    swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **3**